**EXHIBIT 2**

IN THE CIRCUIT COURT OF THE 13TH JUDICIAL CIRCUIT
GRUNDY COUNTY-MORRIS, ILLINOIS

BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP F/K/A COUNTRYWIDE HOME LOANS SERVICING LP,

PLAINTIFF
vs.
EDWIN CARDONA; DAWN M. CARDONA; AMBERLEIGH ESTATES HOMEOWNERS ASSOCIATION; UNKNOWN OWNERS AND NON-RECORD CLAIMANTS,

DEFENDANTS

NO. 12 CH 191

Address:  27000 W. Cypress Road
Channahon, Illinois 60410

## PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION TO DISMISS

NOW COMES, Plaintiff, BANK OF AMERICA, N.A., SUCCESSORY BY MERGER TO BAC HOMELOANS SERVICING, LP F/K/A COUNTRYWIDE HOME LOANS SERVICING LP, by and through its attorneys, JOHNSON, BLUMBERG & ASSOCIATES, and in support of Plaintiff's Response to Defendants' Motion to Dismiss, states as follows:

1. Plaintiff filed its Complaint to Foreclose on July 6, 2012, in order to foreclose on the subject mortgage, executed by Defendants, Edwin and Dawn M. Cardona, on April 24, 2009 and attached to the subject property by a note promising to pay the principal sum of $249, 314.00 also executed on April 24, 2009.

2. Defendants, Edwin and Dawn M. Cardona, were personally served, with a copy of Plaintiff's Complaint to Foreclose and Summons at the subject property address on July 13, 2012.

3. Defendants, Edwin and Dawn M. Cardona, filed their pro se Motion to Dismiss on August 7, 2012.

4. "Illinois is a fact-pleading jurisdiction. In order to set forth a good and sufficient claim or defense, a pleading must allege ultimate facts sufficient to satisfy each element of the cause of action..." *Richco Plastic Co. v. IMS Co.,* 288 Ill.App.3d 782 (1st Dist. 1997).

5. Under Illinois law, the mortgagee need not prove non-payment by the mortgagor in order to establish a prima facie case for foreclosure. *Pan-American Life Ins. Co. v. Invex Holdings,* N.V. 96 C 4565, 1997 WL 72078 (N.D. Ill. Feb. 14, 1997), citing *Farm Credit Bank of St. Louis v. Biethman,* 262 Ill. App. 3d 614, 199 Ill.Dec. 958, 634 N.E.2d 1312, 1318 (5th Dist. 1994). Instead, the burden is on the defendant to prove payment *Id.*

6. Defendants allege in the Motion to Dismiss that two payments were tendered to the Plaintiff on May 16 and May 17, 2012 in the amounts of $274,812.87 and $2,572.12. However, Plaintiff reversed these payments on the subject loan because the Standard Bank account Defendants' checks were from was closed prior to the attempted payments (see attached cancelled checks as Exhibit A and payment history attached as Exhibit B).

7. Defendants allege that the subject loan was paid in full. However, Defendants tendered fraudulent checks to the Plaintiff, by knowingly drawing checks on an account they knew or should have known was closed. Moreover, Defendants have failed to provide evidence showing that the payments tendered were accepted by Plaintiff and debited from the account they held with Standard Bank.

8. Defendants have failed to tender the required monthly installments of principal, interest, taxes, and/or insurance, pursuant to the terms of the subject note and mortgage, for August 2010 through the present (see Exhibit B).

9. Defendants have failed to present the necessary facts sufficient to set forth a defense in the instant foreclosure action.

10. Moreover, Defendants have failed to provide a well-pled motion with plainly set forth facts to support their allegations and thus failed to comply with Illinois law. Defendants' motion is without merit and, based on the facts presented, the Motion to Dismiss must be denied.

WHEREFORE, Plaintiff, BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC HOMELOANS SERVICING, LP F/K/A COUNTRYWIDE HOME LOANS SERVICING LP, respectfully requests this court to deny Defendants' Motion to Dismiss.

Respectfully Submitted,

Karla M. Stepter
One of Plaintiff's Attorneys

**JOHNSON, BLUMBERG & ASSOCIATES, LLC**
**Attorneys for Plaintiff**
230 W. Monroe Street, Suite 1125
Chicago, IL 60606
(312) 541-9710

**Bank of America**
**Home Loans**

Account Number: REDA[CTED]
Statement Period: 04/2009 - 06/2012
Date Prepared: 06/22/2012

Property Address:
27000 W CYPRESS ROAD
CHANNAHON, IL 60410

Page 3

| Transaction Date | Description | Total Payment | PMT/Mo | Principal Balance | Interest | Escrow Balance | Optional | Buydown | Late Charges Total | Unapplied Total |
|---|---|---|---|---|---|---|---|---|---|---|
| | **Beginning Balance** | | | 248,625.80 | | .00 | | | | .00 |
| 06/26/2009 | INT ESCROW SETUP | 5,023.04 | 07/2009 | .00<br>248,625.80 | .00 | 5,023.04<br>5,023.04 | .00 | .00 | .00<br>.00 | .00<br>.00 |
| 08/31/2009 | REGULAR PAYMENT | 2,011.48 | 08/2009 | 345.93<br>248,279.87 | 880.55 | 785.00<br>5,808.04 | .00 | .00 | .00<br>.00 | .00<br>.00 |
| 09/01/2009 | COUNTY TAX PMT | -3,802.36 | 08/2009 | .00<br>248,279.87 | .00 | -3,802.36<br>2,005.68 | .00 | .00 | .00<br>.00 | .00<br>.00 |
| 09/01/2009 | COUNTY TAX PMT | -3,802.36 | 08/2009 | .00<br>248,279.87 | .00 | -3,802.36<br>-1,796.68 | .00 | .00 | .00<br>.00 | .00<br>.00 |
| 09/04/2009 | FHA MIP PMT | -203.12 | 08/2009 | .00<br>248,279.87 | .00 | -203.12<br>-1,999.80 | .00 | .00 | .00<br>.00 | .00<br>.00 |
| 09/16/2009 | REGULAR PAYMENT | 2,011.48 | 09/2009 | 347.16<br>247,932.71 | 879.32 | 785.00<br>-1,214.80 | .00 | .00 | .00<br>.00 | .00<br>.00 |
| 10/06/2009 | FHA MIP PMT | -105.62 | 09/2009 | .00<br>247,932.71 | .00 | -105.62<br>-1,320.42 | .00 | .00 | .00<br>.00 | .00<br>.00 |
| 10/14/2009 | REGULAR PAYMENT | 2,011.48 | 10/2009 | 348.38<br>247,584.33 | 878.10 | 785.00<br>-535.42 | .00 | .00 | .00<br>.00 | .00<br>.00 |
| 11/05/2009 | FHA MIP PMT | -101.56 | 10/2009 | .00<br>247,584.33 | .00 | -101.56<br>-636.98 | .00 | .00 | .00<br>.00 | .00<br>.00 |
| 11/13/2009 | REGULAR PAYMENT | 2,011.48 | 11/2009 | 349.62<br>247,234.71 | 876.86 | 785.00<br>148.02 | .00 | .00 | .00<br>.00 | .00<br>.00 |
| 12/02/2009 | HAZARD INS PMT | -578.39 | 11/2009 | .00<br>247,234.71 | .00 | -578.39<br>-430.37 | .00 | .00 | .00<br>.00 | .00<br>.00 |
| 12/04/2009 | FHA MIP PMT | -101.56 | 11/2009 | .00<br>247,234.71 | .00 | -101.56<br>-531.93 | .00 | .00 | .00<br>.00 | .00<br>.00 |
| 12/15/2009 | REGULAR PAYMENT | 1,923.87 | 12/2009 | 350.86<br>246,883.85 | 875.62 | 697.39<br>165.46 | .00 | .00 | .00<br>.00 | .00<br>.00 |
| 12/15/2009 | MISC. POSTING | .13 | 12/2009 | .13<br>246,883.72 | .00 | .00<br>165.46 | .00 | .00 | .00<br>.00 | .00<br>.00 |
| 01/07/2010 | FHA MIP PMT | -101.56 | 12/2009 | .00<br>246,883.72 | .00 | -101.56<br>63.90 | .00 | .00 | .00<br>.00 | .00<br>.00 |

**EXHIBIT A**

CRPRDNRBS53a     6/22/2012 4:15:51 PM    PAGE    4/007    888-294-5658

**Bank of America**
**Home Loans**

Account Number: [REDACTED]
Statement Period: 04/2009 - 06/2012
Date Prepared: 06/22/2012

Property Address:
27000 W CYPRESS ROAD
CHANNAHON, IL 60410

Page 4

| Transaction Date | Description | Total Payment | PMT/Mo | Principal Balance | Interest | Escrow Balance | Optional | Buydown | Late Charges Total | Unapplied Total |
|---|---|---|---|---|---|---|---|---|---|---|
| 01/14/2010 | REGULAR PAYMENT | 1,923.87 | 01/2010 | 352.10 / 246,531.62 | 874.38 | 697.39 / 761.29 | .00 | .00 | .00 / .00 | .00 / .00 |
| 02/03/2010 | REGULAR PAYMENT | 1,923.87 | 02/2010 | 353.35 / 246,178.27 | 873.13 | 697.39 / 1,458.68 | .00 | .00 | .00 / .00 | .00 / .00 |
| 02/04/2010 | FHA MIP PMT | -101.56 | 02/2010 | .00 / 246,178.27 | .00 | -101.56 / 1,357.12 | .00 | .00 | .00 / .00 | .00 / .00 |
| 03/04/2010 | FHA MIP PMT | -101.56 | 02/2010 | .00 / 246,178.27 | .00 | -101.56 / 1,255.56 | .00 | .00 | .00 / .00 | .00 / .00 |
| 03/16/2010 | REGULAR PAYMENT | 1,923.87 | 03/2010 | 354.60 / 245,823.67 | 871.88 | 697.39 / 1,952.95 | .00 | .00 | .00 / .00 | .00 / .00 |
| 04/06/2010 | FHA MIP PMT | -101.56 | 03/2010 | .00 / 245,823.67 | .00 | -101.56 / 1,851.39 | .00 | .00 | .00 / .00 | .00 / .00 |
| 04/14/2010 | REGULAR PAYMENT | 1,923.87 | 04/2010 | 355.85 / 245,467.82 | 870.63 | 697.39 / 2,548.78 | .00 | .00 | .00 / .00 | .00 / .00 |
| 05/06/2010 | FHA MIP PMT | -101.56 | 04/2010 | .00 / 245,467.82 | .00 | -101.56 / 2,447.22 | .00 | .00 | .00 / .00 | .00 / .00 |
| 05/13/2010 | REGULAR PAYMENT | 1,923.87 | 05/2010 | 357.11 / 245,110.71 | 869.37 | 697.39 / 3,144.61 | .00 | .00 | .00 / .00 | .00 / .00 |
| 06/04/2010 | FHA MIP PMT | -99.80 | 05/2010 | .00 / 245,110.71 | .00 | -99.80 / 3,044.81 | .00 | .00 | .00 / .00 | .00 / .00 |
| 06/16/2010 | REGULAR PAYMENT | 1,923.87 | 06/2010 | 358.38 / 244,752.33 | 868.10 | 697.39 / 3,742.20 | .00 | .00 | .00 / .00 | .00 / .00 |
| 06/21/2010 | COUNTY TAX PMT | -2,850.45 | 06/2010 | .00 / 244,752.33 | .00 | -2,850.45 / 891.75 | .00 | .00 | .00 / .00 | .00 / .00 |
| 07/07/2010 | FHA MIP PMT | -99.80 | 06/2010 | .00 / 244,752.33 | .00 | -99.80 / 791.95 | .00 | .00 | .00 / .00 | .00 / .00 |
| 07/08/2010 | REGULAR PAYMENT | 1,923.87 | 07/2010 | 359.65 / 244,392.68 | 866.83 | 697.39 / 1,489.34 | .00 | .00 | .00 / .00 | .00 / .00 |

CRPRDNRBS53a                6/22/2012 4:15:51 PM    PAGE    5/007    888-294-5658

**Bank of America**
**Home Loans**

Page 5

Account Number: [REDACTED]
Statement Period: 04/2009 - 06/2012
Date Prepared: 06/22/2012

Property Address:
27000 W CYPRESS ROAD
CHANNAHON, IL 60410

| Transaction Date | Description | Total Payment | PMT/Mo | Principal Balance | Interest | Escrow Balance | Optional | Buydown | Late Charges Total | Unapplied Total |
|---|---|---|---|---|---|---|---|---|---|---|
| 08/05/2010 | FHA MIP PMT | -99.80 | 07/2010 | .00 / 244,392.68 | .00 | -99.80 / 1,389.54 | .00 | .00 | .00 / .00 | .00 / .00 |
| 08/24/2010 | COUNTY TAX PMT | -2,850.45 | 07/2010 | .00 / 244,392.68 | .00 | -2,850.45 / -1,460.91 | .00 | .00 | .00 / .00 | .00 / .00 |
| 09/07/2010 | FHA MIP PMT | -99.80 | 07/2010 | .00 / 244,392.68 | .00 | -99.80 / -1,560.71 | .00 | .00 | .00 / .00 | .00 / .00 |
| 10/06/2010 | FHA MIP PMT | -99.80 | 07/2010 | .00 / 244,392.68 | .00 | -99.80 / -1,660.51 | .00 | .00 | .00 / .00 | .00 / .00 |
| 10/20/2010 | HAZARD INS PMT | -743.46 | 07/2010 | .00 / 244,392.68 | .00 | -743.46 / -2,403.97 | .00 | .00 | .00 / .00 | .00 / .00 |
| 11/04/2010 | FHA MIP PMT | -99.80 | 07/2010 | .00 / 244,392.68 | .00 | -99.80 / -2,503.77 | .00 | .00 | .00 / .00 | .00 / .00 |
| 12/06/2010 | FHA MIP PMT | -99.80 | 07/2010 | .00 / 244,392.68 | .00 | -99.80 / -2,603.57 | .00 | .00 | .00 / .00 | .00 / .00 |
| 01/06/2011 | FHA MIP PMT | -99.80 | 07/2010 | .00 / 244,392.68 | .00 | -99.80 / -2,703.37 | .00 | .00 | .00 / .00 | .00 / .00 |
| 02/04/2011 | FHA MIP PMT | -99.80 | 07/2010 | .00 / 244,392.68 | .00 | -99.80 / -2,803.17 | .00 | .00 | .00 / .00 | .00 / .00 |
| 03/04/2011 | FHA MIP PMT | -99.80 | 07/2010 | .00 / 244,392.68 | .00 | -99.80 / -2,902.97 | .00 | .00 | .00 / .00 | .00 / .00 |
| 04/06/2011 | FHA MIP PMT | -99.80 | 07/2010 | .00 / 244,392.68 | .00 | -99.80 / -3,002.77 | .00 | .00 | .00 / .00 | .00 / .00 |
| 05/05/2011 | FHA MIP PMT | -99.80 | 07/2010 | .00 / 244,392.68 | .00 | -99.80 / -3,102.57 | .00 | .00 | .00 / .00 | .00 / .00 |
| 06/06/2011 | FHA MIP PMT | -97.97 | 07/2010 | .00 / 244,392.68 | .00 | -97.97 / -3,200.54 | .00 | .00 | .00 / .00 | .00 / .00 |
| 06/09/2011 | COUNTY TAX PMT | -2,660.38 | 07/2010 | .00 / 244,392.68 | .00 | -2,660.38 / -5,860.92 | .00 | .00 | .00 / .00 | .00 / .00 |

**Bank of America**
**Home Loans**

Page 6

Account Number: [REDACTED]
Statement Period: 04/2009 - 06/2012
Date Prepared: 06/22/2012

Property Address:
27000 W CYPRESS ROAD
CHANNAHON, IL 60410

| Transaction Date | Description | Total Payment | PMT/Mo | Principal Balance | Interest | Escrow Balance | Optional | Buydown | Late Charges Total | Unapplied Total |
|---|---|---|---|---|---|---|---|---|---|---|
| 07/07/2011 | FHA MIP PMT | -97.97 | 07/2010 | .00 / 244,392.68 | .00 | -97.97 / -5,958.89 | .00 | .00 | .00 / .00 | .00 / .00 |
| 08/04/2011 | FHA MIP PMT | -97.97 | 07/2010 | .00 / 244,392.68 | .00 | -97.97 / -6,056.86 | .00 | .00 | .00 / .00 | .00 / .00 |
| 08/12/2011 | COUNTY TAX PMT | -2,660.38 | 07/2010 | .00 / 244,392.68 | .00 | -2,660.38 / -8,717.24 | .00 | .00 | .00 / .00 | .00 / .00 |
| 09/07/2011 | FHA MIP PMT | -97.97 | 07/2010 | .00 / 244,392.68 | .00 | -97.97 / -8,815.21 | .00 | .00 | .00 / .00 | .00 / .00 |
| 10/06/2011 | FHA MIP PMT | -97.97 | 07/2010 | .00 / 244,392.68 | .00 | -97.97 / -8,913.18 | .00 | .00 | .00 / .00 | .00 / .00 |
| 10/18/2011 | HAZARD INS PMT | -888.73 | 07/2010 | .00 / 244,392.68 | .00 | -888.73 / -9,801.91 | .00 | .00 | .00 / .00 | .00 / .00 |
| 11/04/2011 | FHA MIP PMT | -97.97 | 07/2010 | .00 / 244,392.68 | .00 | -97.97 / -9,899.88 | .00 | .00 | .00 / .00 | .00 / .00 |
| 12/06/2011 | FHA MIP PMT | -97.97 | 07/2010 | .00 / 244,392.68 | .00 | -97.97 / -9,997.85 | .00 | .00 | .00 / .00 | .00 / .00 |
| 01/06/2012 | FHA MIP PMT | -97.97 | 07/2010 | .00 / 244,392.68 | .00 | -97.97 / -10,095.82 | .00 | .00 | .00 / .00 | .00 / .00 |
| 02/06/2012 | FHA MIP PMT | -97.97 | 07/2010 | .00 / 244,392.68 | .00 | -97.97 / -10,193.79 | .00 | .00 | .00 / .00 | .00 / .00 |
| 03/06/2012 | FHA MIP PMT | -97.97 | 07/2010 | .00 / 244,392.68 | .00 | -97.97 / -10,291.76 | .00 | .00 | .00 / .00 | .00 / .00 |
| 04/05/2012 | FHA MIP PMT | -97.97 | 07/2010 | .00 / 244,392.68 | .00 | -97.97 / -10,389.73 | .00 | .00 | .00 / .00 | .00 / .00 |
| 05/04/2012 | FHA MIP PMT | -97.97 | 07/2010 | .00 / 244,392.68 | .00 | -97.97 / -10,487.70 | .00 | .00 | .00 / .00 | .00 / .00 |
| 05/15/2012 | COUNTY TAX PMT | -2,513.95 | 07/2010 | .00 / 244,392.68 | .00 | -2,513.95 / -13,001.65 | .00 | .00 | .00 / .00 | .00 / .00 |

CRPRDNRBS53a          6/22/2012 4:15:51 PM    PAGE    7/007    888-294-5658

**Bank of America**
**Home Loans**

Page 7

Account Number: [REDACTED]
Statement Period: 04/2009 - 06/2012
Date Prepared: 06/22/2012

Property Address:
27000 W CYPRESS ROAD
CHANNAHON, IL 60410

| Transaction Date | Description | Total Payment | PMT/Mo | Principal Balance | Interest | Escrow Balance | Optional | Buydown | Late Charges Total | Unapplied Total |
|---|---|---|---|---|---|---|---|---|---|---|
| 05/17/2012 | MISC. POSTING | 274,812.87 | 07/2010 | .00<br>244,392.68 | .00 | .00<br>-13,001.65 | .00 | .00 | .00<br>.00 | 274,812.87<br>274,812.87 |
| 05/17/2012 | REGULAR PAYMENT | 2,572.12 | 08/2010 | 360.92<br>244,031.76 | 865.56 | 697.39<br>-12,304.26 | .00 | .00 | 76.95<br>.00 | 571.30<br>275,384.17 |
| 05/18/2012 | MISC. POSTING | .00 | 08/2010 | .00<br>244,031.76 | .00 | 275,384.17<br>263,079.91 | .00 | .00 | .00<br>.00 | -275,384.17<br>.00 |
| 05/23/2012 | MISC. POSTING | -309.31 | 08/2010 | .00<br>244,031.76 | .00 | -309.31<br>262,770.60 | .00 | .00 | .00<br>.00 | .00<br>.00 |
| 05/24/2012 | MISC. POSTING | 309.31 | 08/2010 | .00<br>244,031.76 | .00 | 309.31<br>263,079.91 | .00 | .00 | .00<br>.00 | .00<br>.00 |
| 05/24/2012 | MISC. POSTING | .00 | 08/2010 | .00<br>244,031.76 | .00 | -275,384.17<br>-12,304.26 | .00 | .00 | .00<br>.00 | 275,384.17<br>275,384.17 |
| 05/24/2012 | PAYMENT REVERSAL | -2,572.12 | 07/2010 | -360.92<br>244,392.68 | -865.56 | -697.39<br>-13,001.65 | .00 | .00 | -76.95<br>.00 | -571.30<br>274,812.87 |
| 05/24/2012 | MISC. POSTING | -274,812.87 | 07/2010 | .00<br>244,392.68 | .00 | .00<br>-13,001.65 | .00 | .00 | .00<br>.00 | -274,812.87<br>.00 |
| 06/04/2012 | MISC. POSTING | 2,262.81 | 07/2010 | .00<br>244,392.68 | .00 | .00<br>-13,001.65 | .00 | .00 | .00<br>.00 | 2,262.81<br>2,262.81 |
| 06/04/2012 | MISC. POSTING | -2,262.81 | 07/2010 | .00<br>244,392.68 | .00 | .00<br>-13,001.65 | .00 | .00 | .00<br>.00 | -2,262.81<br>.00 |
| 06/06/2012 | FHA MIP PMT | -96.05 | 07/2010 | .00<br>244,392.68 | .00 | -96.05<br>-13,097.70 | .00 | .00 | .00<br>.00 | .00<br>.00 |



**EXHIBIT B**

Hello,
   The 2 payments posted but were reversed are below. They both were returned unpaid due to closed account.
Thanks.

