**EXHIBIT 4**



# Payment Statement

Statement Date: 01/13/2017

Customer Service: (800) 931-2424  Fax: 714-282-5775
Customer Information: www.trustfci.com NMLS # REDACTED

## Account Information

| | | | |
|---|---|---|---|
| Outstanding Principal Balance: | $244,392.68 | Prepayment Penalty | NO |
| Deferred Amounts: | $0.00 | Loan Maturity Date : | 05/01/2039 |
| Current Interest Rate: | 2.375% | Payment Type : | Fully Amort./ ARM |
| Next Interest Rate Change Date: | 07/01/2017 | | |
| Remaining Loan Term (Months): | 267 | Next Due Date : | 08/01/2010 |

| | |
|---|---|
| Account Number : | REDACTED |
| Payment Due Date : | 02/01/2017 |
| **AMOUNT DUE:** | **$119,141.41** |

If Payment is not received by 02/16/2017, $39.53 Late Fee will be charged

EDWIN CARDONA
DAWN M. CARDONA
27000 W CYPRESS ROAD
CHANNAHON, IL 60410

MoneyGram: CODE 5090, (Call 800-555-3133 for locations and fees)

### Explanation of Payment Due

| | |
|---|---|
| Principal : | $581.80 |
| Interest | $406.53 |
| Other Amounts Due : | $0.00 |
| Escrow (Taxes and/or Insurance) | $0.00 |
| **Current Payment:** | **$988.33** |
| Total Fees and Charges | $35,245.74 |
| Overdue Payments : | $82,907.34 |
| **Total Amount Due :** | **$119,141.41** |

### Transaction Activity Since (11/13/2016 - 01/13/2017)  To view all transactions please log into www.trustfci.com

| Date | Description | Charges | Payments | Date | Description | Charges | Payments |
|---|---|---|---|---|---|---|---|
| 12/17/2016 | Assessed Late Charge | $39.53 | $0.00 | 11/17/2016 | Assessed Late Charge | $39.53 | $0.00 |

## Past Payments Breakdown

| | Paid Since Last Statement | Paid year to Date |
|---|---|---|
| Principal : | $0.00 | $0.00 |
| Interest : | $0.00 | $0.00 |
| Escrow (Taxes and/or Insurance) : | $0.00 | $0.00 |
| Fees : | $0.00 | $0.00 |
| *Partial Payment (Unapplied) : | $0.00 | $0.00 |
| Others : | $0.00 | $0.00 |
| **TOTAL :** | **$0.00** | **$0.00** |

**If You Are Experiencing Financial Difficulty:**
See back for info about Mortgage Counseling or assistance.

## Delinquency Notice

You are late on your mortgage payments. Failure to bring your loan current may results in fees and foreclosure - the loss of your home. As of 01/13/2017, you are 2,357 days delinquent on your mortgage loan.

**Recent Payment Account History :**

* Payment due 09/01/2016 - Unpaid balance of $114,041.64
* Payment due 10/01/2016 - Unpaid balance of $1,027.86
* Payment due 11/01/2016 - Unpaid balance of $1,027.86
* Payment due 12/01/2016 - Unpaid balance of $1,027.86
* Payment due 01/01/2017 - Unpaid balance of $1,027.86
* Current Payment Due 02/01/2017: $988.33

Total   :  $119,141.41 due. Your Account is in Foreclosure. Please contact us for the exact amount to bring your loan current.

------------------------PLEASE DETACH THE BOTTOM PORTION OF THIS STATEMENT, RETURN IT WITH YOUR PAYMENT AND RETAIN THE TOP PORTION FOR YOUR RECORDS------------------------


FCI Payment Coupon
Please do not Staple or Paperclip


Pay your bill online ($15.00 fee)
https://lirs.trustfci.com/borrower


Pay your bill by Phone ($18.00 fee)
800-931-2424

FCI Lender Services, Inc.
PO BOX 27370
Anaheim, CA 92809-0112

| Amount Due | |
|---|---|
| Account | REDACTED |
| Current Payment Due By 02/01/2017 | $988.33 |
| Total Payment(s) Due | $119,141.41 |
| $39.53 Late Fee will be charged after 02/16/2017 | |
| Additional Principal : | |
| Additional Escrow: | |
| **Total Amount Enclosed:** | |

**Property Address:** 27000 W CYPRESS ROAD
CHANNAHON, IL 60410

☐ Check box if your address or phone number has changed
   And complete the form on the back of this page.

REDACTED

REDACTED

**CUSTOMER SERVICE**
Our Customer Care Department is here to help if you have any questions. Please call us toll-free during regular business hours (Mon-Fri, 8:00 am - 5:00 pm PST) at 1-800-931-2424, x651.

**ERROR RESOLUTION AND REQUEST FOR INFORMATION**
If you believe that there is an error in your account or if you need FCI to provide you with any documentation or information regarding your mortgage loan account, please write to FCI at the following address: FCI Lender Services, Inc. - Attn: Consumer Requests, P.O. Box 27370, Anaheim, CA 92809-0112; or fax to FCI at 1-714-282-5775.
You will need to provide us the name of the Borrower(s), the mortgage loan account number and either describe the error that you believe has occurred or the request for specific information or documentation. We do not accept any requests for either Error Resolution or for documentation and/information over the telephone although you can call us if you have any questions about the Error Resolution and/or Request for Information process.

**CONFORMING PAYMENTS - PAYOR REQUIREMENTS**
The payment coupon must be included with remittance. Payments are to be received in accordance with the periodic payment statement and must include your account number clearly illustrated on the payment instrument. All payments must be received by FCI during normal business hours (Mon-Fri, 8:00 am to 5:00 pm PST) in order to be credited to Payer's account the same day of receipt. All payments must be payable in U.S. Dollars only and mailed directly to FCI's payment processing P.O. Box set forth in FCI's Periodic Statement and payment coupon. **PARTIAL PAYMENTS** are held in suspense accounts until a full payment is received. At that point, the full payment will be applied to the principal and interest of the first monthly payment to become delinquent or as otherwise referenced in your Note and Security Instrument.

**SERVICEMEMBERS CIVIL RELIEF ACT**
The Service members Civil Relief Act may offer protection or relief to members of the military who have been called to active duty. If either you have been called to active duty or you are the spouse or dependent of a person who has been called to active duty, and you have not yet made us aware of your status, please contact our Customer Care Department during normal business hours (Mon-Fri, 8:00 am to 5:00 pm PST) at 1-800-931-2424, x651.

**MORTGAGE COUNSELING**
For help exploring your options, the Federal government provides contact information for housing counselors, which you can access by contacting the Consumer Financial Protection Bureau at http://www.consumerfinance.gov/mortgagehelp or the Department of Housing and Urban Development at : http://www.hud.gov/offices/hsg/sfh/hcc/fc/index.cfm , or by calling HUD at 1-800-569-4287.

**NEW YORK CONSUMERS ONLY**
FCI is registered with the Superintendent of the New York State Department of Financial Services (NMLS #4920). Our goal is to provide professional and courteous service to our customers. We welcome your comments and feedback regarding our services. If you have a complaint regarding our services, we ask you to contact us to discuss your concerns. If the need arises, you may file complaints about FCI with the New York State Department of Financial Services. You may obtain further information from the
New York State Department of Financial Services by calling the Department's Consumer Assistance Unit at 1-877-BANK-NYS or by visiting the Department's website at www.dfs.ny.gov.

**IMPORTANT NOTICE: IF YOU OR YOUR ACCOUNT ARE SUBJECT TO PENDING BANKRUPTCY PROCEEDINGS, OR IF YOU RECEIVED A BANKRUPTCY DISCHARGE ON THIS DEBT, THIS STATEMENT IS FOR INFORMATIONAL PURPOSES ONLY AND IS NOT AN ATTEMPT TO COLLECT A DEBT.IF YOU ARE NOT IN BANKRUPTCY OR DISCHARGED OF THIS DEBT, BE ADVISED THAT FCI IS A DEBT COLLECTOR AND IS ATTEMPTING TO COLLECT A DEBT ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.**

---------Please detach the bottom portion of this Statement, return it with your payment, and retain the top portion for your records -----------

**CHANGE OF ADDRESS** *(If correct on front, please do not use)*For change of address over the phone, call our Customer Care Department at 1-800-931-2424, x651. Please Print Clearly in blue or black ink only in the boxes below:

Street Address _____
City_____ State _____ ZipCode _____
Area Code and Home Phone_____ Area Code and Work Phone_____
Email _____

| **Property Use?** | **Market Value of Property?** | **Email Payment Statements?** |
|---|---|---|
| __Primary Residence | | ___Yes, I'd like to receive email statements. |
| __Rental | $_____ | ___ No, please don't send me email statements. |
| __Commercial | | |